IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 00-20091-01-KHV |
| ) | |
| **JEROME DANIEL FOOTE** ) | |
|    **a.k.a. JERRY** ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

Pending before this court is defendant Jerome Daniel Foote's Motion for Immediate Release From Custody (Doc. 217) filed August 2, 2005. The court finds that this motion should be set for a hearing.

**IT IS ORDERED** that defendant's Motion for Immediate Release From Custody (Doc. 217) is set for a hearing on **Monday, August 15, 2005, at 1:30 p.m.** in Courtroom #440, Robert J. Dole Courthouse, 500 State Avenue, Kansas City, Kansas.

**IT IS FURTHER ORDERED** that the United States Marshal's office or the United States Bureau of Prisons shall transport the defendant, Jerome Daniel Foote, #10283-031 from his current location at the Federal Prison Camp in Leavenworth, Kansas, to Kansas City, Kansas so that he may participate in the hearing currently scheduled for **Monday, August 15, 2005, at 1:30 p.m.**

**IT IS SO ORDERED.**

DATED THIS <u>11th</u> DAY OF AUGUST, 2005.

                                  s/ Kathryn H. Vratil
                                  HONORABLE KATHRYN H. VRATIL
                                  UNITED STATES DISTRICT JUDGE